**No. 52197.**—Nylos Trading Co., Inc. *v.* United States, protests 131162–K, etc. (New York).

Opinion by JOHNSON, J. At the trial it was stipulated that the issues and facts herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as not landed were not in fact landed. In accordance with stipulation of counsel and following the decision cited it was held that the quantities reported by the inspector as not landed are subject to an allowance in duties as claimed. The protest was sustained to this extent.

BEFORE THE THIRD DIVISION, FEBRUARY 25, 1948

**No. 52198.**—Durabla Mfg. Co. *v.* United States, petitions 6615–R and 6628–R (New York).

Opinion by JOHNSON, J. At the trial it was established without contradiction that there was a legitimate difference of opinion as to the proper value of the gauge glasses for dutiable purposes. It was found that in entering the merchandise the petitioner made full and candid disclosures to the customs officials of all the facts in its possession and that there was no intention to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise. The petition was therefore granted.